DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3964
Facsimile:     (415) 554-3837
E-Mail:        brad.russi@sfgov.org
E-Mail:        james.hannawalt@sfgov.org

Attorneys for Defendants CITY AND COUNTY OF
SAN FRANCISCO, GREG SUHR, and MATTHEW SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ENRIQUE ALEGRETT,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, GREG SUHR, in his capacity as Chief of Police of the City and County of San Francisco, MATTHEW SULLIVAN (Badge #2484), individually and in his capacity as a Peace Officer for the City and County of San Francisco, and DOES 1-200, jointly and severally,<br><br>　　Defendants. | Case No. C-12-5538-MEJ<br><br>**[PROPOSED] STIPULATED ORDER FOR PLAINTIFF'S MENTAL EXAMINATION**<br><br>Trial Date:　　　　May 12, 2014 |

**IT IS STIPULATED BY AND BETWEEN THE PARTIES** to this action, through their

respective counsel, that because plaintiff, EDUARDO ENRIQUE ALEGRETT, has placed his mental

condition in controversy, he will submit to a mental examination by a suitably licensed or certified examiner selected by defendants pursuant to Federal Rule of Civil Procedure 35.

    The examination shall take place on June 6, 2013 starting at 9:30 a.m. at 5665 College Avenue, Suite 240E, Oakland, CA 94618. The examiner will be Dr. Joanna L. Berg, a clinical psychologist licensed by the State of California. The examination will include a diagnostic interview and psychological test battery. The interview will cover the subject's developmental history, social history, medical history, and psychiatric history.

Dated: April 18, 2013

    By: */s/ Panos Lagos*
    PANOS LAGOS
    Attorney for Plaintiff EDUARDO ALEGRETT

Dated: April 18, 2013

    By: */s/ Bradely A. Russi*
    BRADLEY A. RUSSI

    Attorneys for Defendants
    CITY AND COUNTY OF
    SAN FRANCISCO, GREG SUHR, AND MATTHEW
    SULLIVAN

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: April 25, 2013

    HONORABLE MARIA-ELENA JAMES
    United States District Judge

1  * Pursuant to General Order 45, § X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.