UNITED STATES DISTRICT COURT

Northern District of California

EDUARDO ENRIQUE ALEGRETT,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, *et al.*,

        Defendants.

No. C 12-05538 MEJ

**DISCOVERY ORDER** [Dkt. No. 38]

On September 25, 2013, the parties in this action filed a joint discovery letter concerning Plaintiff's Requests for Production of Documents, Set One, Request No. 30. Dkt. No. 38. On October 17, 2013, the Court held a hearing on the matter. After considering the parties' written submission, controlling authorities, and the parties' oral argument, the Court rules as follows:

1. After confirming that there have been no excessive force complaints substantiated by the OCC after February 7, 2012, Defendants shall file a Declaration to that effect.
2. Defendants shall produce letters issued by the SFPD Chief of Police from 2007 to February 7, 2012, notifying officers of discipline being imposed in response to a substantiated OCC complaint. Defendants shall redact information identifying the SFPD officers who are the subject of the disciplinary action. Defendants shall produce the documents, in compliance with the parties' protective order previously entered in this case, to Plaintiff no later than October 24, 2013.

**IT IS SO ORDERED.**

Dated: October 17, 2013

                                                Maria-Elena James
                                                United States Magistrate Judge