UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ENRIQUE ALEGRETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-05538-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 53 |

　　　This matter is currently scheduled for a hearing regarding Defendants' Motion for Partial Summary Judgment on March 13, 2014.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the hearing.

　　　The Court shall issue an order forthwith.

　　　**IT IS SO ORDERED.**

Dated: March 11, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge