UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| EDUARDO ENRIQUE ALEGRETT<br><br>                Plaintiff(s),<br>  v.<br>CITY AND COUNTY OF SAN FRANCISCO<br><br>                Defendant(s).<br>_____/ | No. C 12-05538 MEJ<br><br>**ORDER RE: REFERRAL FOR SETTLEMENT CONFERENCE AND CONTINUANCE OF TRIAL DATE** |

This matter is hereby referred to the next available magistrate judge to conduct a settlement conference before June 1, 2014. The parties shall be contacted by the assigned magistrate judge's chambers regarding procedural requirements for the conference.

The trial presently scheduled for the week of May 12, 2014 is **continued to the week of June 9, 2014**.

**IT IS SO ORDERED.**

Dated: April 4, 2014

_____
Maria-Elena James
United States Magistrate Judge