DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3964
Facsimile:     (415) 554-3837
E-Mail:        brad.russi@sfgov.org
E-Mail:        james.hannawalt@sfgov.org

Attorneys for Defendants CITY AND COUNTY OF
SAN FRANCISCO, GREG SUHR, and MATTHEW SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ENRIQUE ALEGRETT,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, GREG SUHR, in his capacity as Chief of Police of the City and County of San Francisco, MATTHEW SULLIVAN (Badge #2484), individually and in his capacity as a Peace Officer for the City and County of San Francisco, and DOES 1-200, jointly and severally,<br><br>　　Defendants. | Case No. C-12-5538-MEJ<br><br>**ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [PROPOSED] ORDER**<br><br>Trial Date:　　June 9, 2014<br>Place:　　　　Courtroom D, 15th Floor<br>　　　　　　　450 Golden Gate Avenue<br>　　　　　　　San Francisco, CA<br>Judge:　　　　Hon. Maria-Elena James |

1    Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, Defendant seeks
2    an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into
3    the Federal Courthouse the following for use at trial in the above-referenced matter.
4    The parties request admission into the Federal Courthouse of the following:
5    1.   Laptop computers;
6    2.   Speakers;
7    3.   Extension cords, power cords and other necessary cords;
8    4.   Additional monitors.

Dated: May 28, 2014

> DENNIS J. HERRERA
> City Attorney
> CHERYL ADAMS
> Chief Trial Deputy
> BRADLEY A. RUSSI
> JAMES F. HANNAWALT
> Deputy City Attorneys
>
> By:  */s/ James F. Hannawalt*
> JAMES F. HANNAWALT
> Attorneys for Defendant

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the administrative motion is GRANTED. The Court Orders the United States Marshals Service to allow the following equipment through security:

1. Laptop computers;
2. Speakers;
3. Extension cords, power cords and other necessary cords;
4. Additional monitors.

IT IS SO ORDERED.

Dated: May 28, 2014

HONORABLE MARIA-ELENA JAMES
MAGISTRATE JUDGE