UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ENRIQUE ALEGRETT,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 12-cv-05538-MEJ<br><br>**ORDER DIRECTING THE PARTIES TO SUBMIT UPDATED JOINT VOIR DIRE QUESTIONNAIRE AND STATEMENT OF THE CASE BY MAY 30, 2014** |

On May 29, 2014, the parties appeared for a final pretrial conference. At the hearing, the parties advised the Court that they would submit a revised joint voir dire questionnaire, and agreed to prepare an introductory statement of the case for the Court's review. In accordance with this agreement, the parties shall submit the updated joint voir dire questions and introductory jury statement **by 4:00 p.m. on May 30, 2014**.

**IT IS SO ORDERED.**

Dated: May 29, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge