# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| EDUARDO ENRIQUE ALEGRETT, | No. C 12-05538 MEJ |
| Plaintiff(s), | |
| v. | **JURY REFRESHMENT ORDER** |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant(s). | |

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish the *Continental Breakfast Refreshments* for the 8 members of the jury in the above-entitled matter. The trial will be held Monday through Friday in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The refreshments shall be brought to the jury room beginning **Tuesday, June 10, 2014 through Friday, June 13, 2014, by no later than 9:00 a.m. each day and will be cleared by no later than 3:30 p.m.** each day.

**IT IS SO ORDERED.**

Dated: June 3, 2014

_____
Maria-Elena James
United States Magistrate Judge