UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| EDUARDO ALEGRETT, | No. C 12-5538 MEJ |
| Plaintiff(s), | |
| v. | **JURY REFRESHMENT ORDER** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish Box Lunches for the 8 members of the jury in the above-entitled matter beginning on Friday, June 13, 2014 and possibly going into Monday, June 16, 2014 for the trial now being held in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The refreshments shall be brought to the jury room by no later than 11:30 a.m. each day and will be cleared by no later than 3:00 p.m. each day.

**IT IS SO ORDERED.**

**DATED:  6/12/14**

_____
Maria-Elena James
United States Magistrate Judge