UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ENRIQUE ALEGRETT,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | Case No.  12-cv-05538-MEJ<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' letters regarding the status of the settlement of this case.  Good cause appearing, the Court shall conduct a Case Management Conference on on December 11, 2014, at 10:00 A.M., in Courtroom B, 15th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  Counsel shall meet and confer prior to the Case Management Conference and file a joint case management statement addressing each of the items listed in the "Standing Order For All Judges of the Northern District - Contents of Joint Case Management statement" by December 4, 2014.  Each party shall appear personally or by counsel prepared to address all of the matters referred to in this Order and with authority to enter stipulations and make admissions pursuant to this Order.

**IT IS SO ORDERED.**

Dated: November 19, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge