DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3964
Facsimile:     (415) 554-3837
E-Mail:         brad.russi@sfgov.org

Attorneys for Defendant, CITY AND COUNTY OF
SAN FRANCISCO, GREG SUHR, and MATTHEW SULLIVAN

*GRANTED — Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ENRIQUE ALEGRETT,<br><br>　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, GREG SUHR, in his capacity as Chief of Police of the City and County of San Francisco, MATTHEW SULLIVAN (Badge #2484), individually and in his capacity as a Peace Officer for the City and County of San Francisco, and DOES 1-200, jointly and severally,<br><br>　　Defendants. | Case No. C-12-5538-MEJ<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:　　December 11, 2014<br>Time:　　10:00 a.m.<br>Place:　　Courtroom B, 15th Floor<br><br>Trial Date:　None set |

1  The parties, through counsel, respectfully submit the following Joint Case Management
2  Conference Statement.
3  The parties have resolved their dispute as to the final conditions of the settlement.  Plaintiff
4  will file a request for dismissal.  The parties respectfully request that the Court take the Case
5  Management Conference off calendar.

Dated:  December 4, 2014
```
                                        DENNIS J. HERRERA
                                        City Attorney
                                        CHERYL ADAMS
                                        Chief Trial Deputy
                                        BRADLEY A. RUSSI
                                        Deputy City Attorney


                                By:  /s/ Bradley A. Russi
                                        BRADLEY A. RUSSI
                                        Attorneys for Defendants
                                        CITY AND COUNTY OF SAN FRANCISCO,
                                        MATTHEW SULLIVAN and GREG SUHR
```

Dated: December 4, 2014                LAW OFFICE OF PANOS LAGOS

```
                                By:  /s/ Panos Lagos*
                                        PANOS LAGOS
                                        Attorney for Plaintiff
                                        EDUARDO ALEGRETT

                                *Pursuant to General Order 45, §X.B., the filer of this
                                document attests that he has received the concurrence of
                                this signatory to file this document.
```